AO-10
Rev. 1/89 **FINANCIAL DISCLOSURE REPORT** Annual Report Due by May 15 from Judicial Officers and certain Judicial Employees (28 USCA App. I, §§ 301-09)

| Person Reporting (Last name, first, middle initial)<br><br>Kent, Samuel B. | Court or Organization<br>United States District Court for the Southern District of Texas<br>Galveston Division | Date of Report<br><br>August 6, 1990 |
|---|---|---|
| Title<br><br>Nominee, U. S. District Judge | Date of Entry Nomination/Termination<br>(only if initial or final report)<br><br>August 3, 1990 | Reporting Period<br>(Calendar year, or inclusive dates)<br>Jan. 1, 1989 -<br>Aug. 6, 1990 |
| Home or office address<br>Office: Royston, Rayzor, Vickery & Williams, 205 Cotton Exchange Bldg., Galveston, Texas 77550.<br>Home: 4809 Denver Drive, Galveston, Texas 77551. | | |

IMPORTANT NOTES: *Please read the instructions accompanying this form. The report should include information pertaining to your spouse and dependent children, if any. Attach additional sheets if needed, identifying each attachment by showing your name, the date of the report, and the section(s) being completed. Complete all sections, checking the NONE box for each section where you have no reportable information. Compare and reconcile this report with last year's and list items in the same order as last year. Type or print clearly. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 15-17 of Instructions.)

POSITION · NAME OF ORGANIZATION/ENTITY

☐ NONE (No reportable positions)

Senior (Ownership) Partner — Royston, Rayzor, Vickery & Williams

A Texas Law Partnership

## II. AGREEMENTS. (Reporting individual only; see p. 17 of Instructions.)

DATE · PARTIES AND TERMS

☒ NONE (No reportable agreements)

## III. NON-INVESTMENT INCOME. (Partial disclosure for spouse; see pp. 18-20 of Instructions.)

DATE (Honoraria only) · SOURCE AND TYPE · GROSS INCOME (yours, not spouse's)

☒ NONE (No reportable non-investment income)

1. _____ _____ $ _____
2. _____ _____ $ _____
3. _____ _____ $ _____
4. _____ _____ $ _____
5. _____ _____ $ _____

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br><br>Kent, Samuel B. | Date of Report<br><br>August 6, 1990 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS--transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| [X] NONE (No such reportable reimbursements or gifts) | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [X] NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; see pp. 22-24 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| [ ] NONE (No reportable liabilities) | | |
| Alief Alamo Bank, Houston, Texas | Personal, Secured Loan | M |
| Royston, Rayzor, Vickery & Williams -<br>Personal Keogh Plan Contribution | Two Personal Loans (Total) | L |
| | | |
| | | |
| | | |
| | | |

| * VALUE CODES: | J=$0 to $1,000 | K=$1,001 to $5,000 | L=$5,001 to $15,000 | M=$15,001 to $50,000 |
|---|---|---|---|---|
| | N=$50,001 to $100,000 | O=$100,001 to $250,000 | P=over $250,000 | |

Digitized by Google

| Name of Person Reporting | Date of Report |
|---|---|
| Kent, Samuel B. | August 6, 1990 |

## II. INVESTMENTS and TRUSTS—Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (Including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code¹ (A-H) | Type (e.g., div.) | Value Code² (J-P) | Value Method Code³ (Q-W) | Type (e.g., sold) | Date: Month-Day | Value Code² (J-P) | Gain Code¹ (A-H) | Identity of buyer/seller (if private transaction) | |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| ¹ Interest in Royston, Rayzor, Vickery & Williams | P | Partner. Dist. | O | U/W | -- | -- | -- | -- | -- | |
| ² Accrued Interest in Royston, Rayzor, Vickery & Wms. Keogh Plan | -- | -- | N | T | -- | -- | -- | -- | -- | |
| ³ Deposits in N.C.N.B. Bank, Galveston, Tx. (Savings/Ck. | A | Savings Interest | L | T | -- | -- | -- | -- | -- | |
| ⁴ Mitchell Energy Co. Payments Re Oil Production Royalties | A | Royalties | A | T | -- | -- | -- | -- | -- | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |

| 1 Income/Gain Codes: | A = exempt ($0 to $100) | B = $101 to $1,000 | C = $1,001 to $2,500 | D = $2,501 to $5,000 |
|---|---|---|---|---|
| | E = $5,001 to $15,000 | F = $15,001 to $50,000 | G = $50,001 to $100,000 | H = over $100,000 |
| 2 Value Codes: | J = exempt ($0 to $1,000) | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |
| 3 Value Method Codes: | Q = Appraisal | R = Cost (real estate only) | S = Assessed value | T = Cash/market |
| | U = Book value | V = Other | W = Estimated | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kent, Samuel B. | August 6, 1990 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate section of Report.)

☐ Check to affirm that differences in investments from those reported in prior year are exempt from disclosure.

(1) In the event I am confirmed as a judicial officer, I will immediately resign from my present law firm. My complete interest in said firm and its Keogh plan will be liquidated, at that time. (See Secs. I, II, VII.)

(2) Liabilities listed will be paid in full upon my departure from said firm. (See Sec. VI.)

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

Signature _Samuel B. Kent_                          Date _August 6, 1990_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (28 U.S.C.A. APP. I, § 104, AND 18 U.S.C. § 1001.)

---

### FILING INSTRUCTIONS:

1. Mail signed original and 3 additional copies to:

    Judicial Ethics Committee
    Administrative Office of the
    United States Courts
    Washington, DC 20544

2. Deliver one copy to the Clerk of the Court on which you sit or serve. (Judicial employees not associated with a specific court, such as employees of the Administrative Office and the Federal Judicial Center, need not file a copy with any court.)

Digitized by Google

# FINANCIAL STATEMENT
## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 5,200 | 00 | Notes payable to banks—secured | 76,369 | 00 | (2 |
| U.S. Government securities—add schedule | | 00 | Notes payable to banks—unsecured | | 00 |
| Listed securities—add schedule | | 00 | Notes payable to relatives | | 00 |
| Unlisted securities—add schedule | | 00 | Notes payable to others | | 00 |
| Accounts and notes receivable: | | | Accounts and bills due | | 00 |
| Due from relatives and friends | | 00 | Unpaid income tax | | 00 |
| Due from others | | 00 | Other unpaid tax and interest | | 00 |
| Doubtful | | 00 | Real estate mortgages payable—add schedule | 70,228 | 00 | (1 |
| (1. Real estate owned—add schedule | 250,000 | 00 | Chattel mortgages and other liens payable | | 00 |
| Real estate mortgages receivable | | 00 | Other debts—Itemize: | | |
| Autos and other personal property | 99,000 | 00 | 1. Anticipated monthly | | |
| Cash value—life insurance | 5,600 | 00 | draws, re 1990 Firm | | |
| Other assets—Itemize: | | | income | 75,000 | 00 |
| 1. Vested interest in | | | 2. Misc. charge cards, etc | 4,200 | 00 |
| R, R, V & W (Approx.) | 250,000 | 00 | (incl. cont. | | |
| 2. Firm Keogh Plan | 93,193 | 00 | Total liabilities liab.) | 404,847 | 00 |
| 3. Anticipated 1990 Firm | 240,000 | 00 | Networth Assets | 942,993 | 00 |
| Income | | | | | |
| Total assets | 942,993 | 00 | Total net worth | 538,146 | 00 |

| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | |
|---|---|---|---|---|
| As endorser, comaker or guarantor | | 00 | Are any assets pledged? (Add schedule.) | No |
| On leases or contracts | | 00 | | |
| Legal Claims | | 00 | Are you defendant in any suits or legal actions? | No |
| Provision for Federal Income Tax | 179,050 | 00 | Have you ever taken bankruptcy? | No |
| Other special debt | | 00 | | |

(1.)  Residence, 4809 Denver Dr., Galveston, Texas 77551.

(2.)  Notes Payable to Banks - Secured:

| | |
|---|---|
| Alief Alamo Bank, Houston, Texas - Personal loan | $48,500.00 |
| Alief Alamo Bank, Houston, Texas - Auto loan | $ 6,675.00 |
| Alief Alamo Bank, Houston, Texas - Auto loan | $ 6,294.00 |
| Keogh Plan - Two (2) loans - | $14,900.00 (+accrued interest) |

Digitized by Google